# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENIERIA ALIMENTARIA del MATATIPAC, S.A. de C.V.,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>OCEAN GARDEN PRODUCTS, INC., a California corporation; and DOES 1-10, inclusive,<br><br>　　　　　　　　　　　　Defendant. | CASE NO. 06CV2400 WQH (POR)<br><br>ORDER GRANTING MOTION TO CORRECT |

HAYES, Judge:

On May 31, 2007, this Court entered an order granting Defendant's motion to dismiss for improper venue (Doc. # 11), and on June 1, 2007, the Clerk of the Court entered judgment. (Doc. # 12). On June 15, 2007, Defendant filed a motion to amend or correct the Court's order of May 31, 2007, to add an omitted word. (Doc. # 13).

After reviewing this Court's order of May 31, 2007, and the parties' arguments, the Court concludes that the motion is timely and with merit. *See* FED. R. APP. P. 4(a)(4)(A). The motion to amend or correct (Doc. # 13) is GRANTED. The sentence in the Court's May 31, 2007 "Order Granting Defendant's Motion to Dismiss For Improper Venue" (Doc. # 11 at 3, ll. 1-2) which reads, "Defendant contends that the shrimp it rejected did meet contractual quality standards. Arturo Carols Declaration, ¶ 4," is hereby STRICKEN and REPLACED by the following sentence: "Defendant

1  contends that the shrimp it rejected did not meet contractual quality standards.  Motion to Dismiss at
2  1, 3; *see also* Arturo Carlos Declaration, ¶ 4."
3       **IT IS SO ORDERED**.
4  DATED:  July 31, 2007

                                      */s/ William Q. Hayes*
                                **WILLIAM Q. HAYES**
                                United States District Judge